No. 141. BLUMENSTOCK BROTHERS ADVERTISING AGENCY *v.* CURTIS PUBLISHING COMPANY. Error to the Circuit Court of Appeals for the Seventh Circuit. January 10, 1921. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Colin C. H. Fyffe* for plaintiff in error. No appearance for defendant in error.

---

No. 550. UNITED STATES *v.* UNITED SHOE MACHINERY CORPORATION ET AL. Appeal from the District Court of the United States for the Eastern District of Missouri. January 11, 1921. Dismissed, on motion of *The Solicitor General* for the United States. *Mr. Frederick P. Fish, Mr. Charles F. Choate, Jr.,* and *Mr. Cordenio A. Severance* for appellees.

---

No. 469. THE PULLMAN COMPANY *v.* STATE INDUSTRIAL COMMISSION. On writ of certiorari to the Supreme Court, Appellate Division, Third Department, of the State of New York. January 17, 1921. Dismissed per stipulation. *Mr. Maurice C. Spratt* and *Mr. H. Prescott Gatley* for petitioner. *Mr. E. Clarence Aiken* for respondent.